KOICHI ISHII v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. October 22, 1917.) No. 3063. Appeal from the District Court of the United States for the Territory of Hawaii. Ed. F. Jared, Asst. U. S. Atty., of San Francisco, Cal.

PER CURIAM. Upon motion of counsel for the appellee, and good cause therefor appearing, ordered appeal in the above-entitled cause dismissed for the noncompliance by the appellant with the provisions of subdivision 1 of rule 16 of the Rules of Practice of this court (150 Fed. xxix, 79 C. C. A. xxix).

---

McCASKELL v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 6, 1917.) No. 4866. In Error to the District Court of the United States for the Western District of Arkansas. J. V. Bourland, U. S. Atty., of Ft. Smith, Ark.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, for want of prosecution, etc., on motion of defendant in error.

---

McINTYRE–MANN TIMBER LAND CO. et al. v. ROSENFELD. (Circuit Court of Appeals, Eighth Circuit. February 2, 1917.) No. 4860. Appeal from the District Court of the United States for the Eastern District of Arkansas. John M. Moore, of Little Rock, Ark., and Danaher & Danaher, of Pine Bluff, Ark., for appellants. Henry M. Armistead, of Little Rock, Ark., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellants, except attorney fee for appellee waived, per stipulation of parties.

---

MARENTETTE v. DETROIT UNITED RY. (Circuit Court of Appeals, Sixth Circuit. June 30, 1917.) No. 3052. In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge. Selling & Brand, of Detroit, Mich., for plaintiff in error. Corliss, Leete & Moody and William G. Fitzpatrick, all of Detroit, Mich., for plaintiff in error. Dismissed pursuant to stipulation.

---

MASA KEAN v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. October 22, 1917.) No. 3066. Appeal from the District Court of the United States for the Territory of Hawaii. Ed. F. Jared, Asst. U. S. Atty., of San Francisco, Cal.

PER CURIAM. Upon motion of counsel for the appellee, and good cause therefor appearing, ordered appeal in the above-entitled cause dismissed for the noncompliance by the appellant with the provisions of subdivision 1 of rule 16 of the Rules of Practice of this court (150 Fed. xxix, 79 C. C. A. xxix).

---

NATIONAL SURETY CO. v. WENTZ et al. (Circuit Court of Appeals, Eighth Circuit. November 13, 1916.) No. 4770. In Error to the District Court of the United States for the District of Nebraska. T. S. Allen, of Lincoln, Neb., for plaintiff in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of plaintiff in error.

---

NATSU ISHII v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. October 22, 1917.) No. 3065. Appeal from the District Court of the United States for the Territory of Hawaii. Ed. F. Jared, Asst. U. S. Atty., of San Francisco, Cal.

PER CURIAM. Upon motion of counsel for the appellee, and good cause therefor appearing, ordered, appeal in the above-entitled cause dismissed

for the noncompliance by the appellant with the provisions of subdivision 1 of rule 16 of the Rules of Practice of this court (150 Fed. xxix, 79 C. C. A. xxix).

---

NEFF v. SMITH. (Circuit Court of Appeals, Eighth Circuit. December 13, 1916.) No. 4701. Appeal from the District Court of the United States for the District of Kansas. George F. Beatty, of Salina, Kan., for appellant. I. A. Smith, of Kansas City, Kan., for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellee, for failure to file brief for appellant, pursuant to rule 24.

---

O'NEILL v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. November 20, 1916.) No. 4841. In Error to the District Court of the United States for the District of Minnesota. Albert R. Allen, of Fairmont, Minn., and Charles M. Oneill, of Duluth, Minn., for plaintiff in error. Alfred Jaques, U. S. Atty., of Duluth, Minn.

PER CURIAM. Cause docketed and writ of error dismissed, without costs to either party in this court, on motion of defendant in error and stipulation of parties.

---

POMATI v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. October 22, 1917.) No. 3060. Appeal from the District Court of the United States for the Second Division of the Northern District of California. John W. Preston, U. S. Atty., and Ed. F. Jared, Asst. U. S. Atty., both of San Francisco, Cal.

PER CURIAM. Upon motion of counsel for the appellee, and good cause therefor appearing, ordered, appeal dismissed for noncompliance by the appellant with the provisions of subdivision 1 of rule 16 of the Rules of Practice of this court (150 Fed. xxix, 79 C. C. A. xxix).

---

R. WILLIAMSON & CO. v. LUMINOUS UNIT CO. (Circuit Court of Appeals, Seventh Circuit. October 18, 1917.) No. 2495. Appeal from the District Court of the United States for the Eastern Division of the Northern District of Illinois. Suit by the Luminous Unit Company against R. Williamson & Co. From a decree for complainant (241 Fed. 265), defendant appeals. Affirmed. Carlos S. Andrews and A. Miller Belfield, both of Chicago, Ill., for appellant. Harry Lea Dodson, of Chicago, Ill., for appellee. Before BAKER and ALSCHULER, Circuit Judges.

PER CURIAM. The decree appealed from found valid and infringed United States patent No. 1,076,418, October 21, 1913, to Guth, for new lighting fixture, and found valid, but not infringed, United States patent No. 1,082,322, December 23, 1913, to Guth, in the same art, and found appellant guilty of unfair competition against appellee in making and marketing a fixture which resembles appellee's product and ordered injunction and accounting. The record satisfies us that the inventions for which the said patents were granted show some patentable advance even in this very much crowded art, that appellant's infringement of the first-named patent is plainly apparent, and that unfair competition appears in the very close simulation by appellant of appellee's product in respect to unessential and nonfunctional details. We find that the issues presented by this controversy were properly disposed of by the decree entered in the District Court, and that decree is accordingly affirmed.

---

ST. LOUIS TRANSFER RY. CO. v. WATKINS. (Circuit Court of Appeals, Eighth Circuit. July 5, 1917.) No. 4979. In Error to the District Court of the United States for the Eastern District of Missouri. T. M.